ELAINE T. BYSZEWSKI (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
700 South Flower St., Suite 2940
Los Angeles, CA 90017-4101
Telephone: (213) 330-7150
Facsimile No.: (213) 330-7152
Elaine@hbsslaw.com
     -and-
STEVE W. BERMAN (WSBA No. 12536)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Steve@hbsslaw.com

Attorneys for Plaintiffs

E-FILE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE SWAN, BEATRICE HOWARD, SARAH HARE, and GEORGIA KATSANOS, individually and on behalf of all others similarly situated, and CALIFORNIA PUBLIC INTEREST RESEARCH GROUP, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORP., and G.D. SEARLE & CO.,,<br><br>Defendants. | No. CV-05-00834 CRB<br><br>Assigned to: Hon. Charles R. Breyer<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING RULING BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br><u>CLASS</u> <u>ACTION</u><br><br>Complaint Filed: February 25, 2005 |

WHEREAS, on or about April 23, 2005, plaintiffs in another action pending in the District of Massachusetts filed with the Judicial Panel on Multidistrict Litigation ("JPML") a Motion for Transfer and Consolidation of this action and three others in the District of Massachusetts, which the parties anticipate will be heard by the Panel in June or July;

WHEREAS, the parties agreed that it would be more efficient and convenient for counsel and the Court to defer the filing of Defendants' Motion to Dismiss until the JPML has ruled on the Motion for Transfer and Consolidation, because if the JPML grants the Motion, the Motion to Dismiss may be heard by the transferee court.

WHEREAS, on April 27, 2005, the parties stipulated that the time for Defendants to respond to the Complaint may be extended to five (5) days after the JPML rules on the pending Motion for Transfer and Consolidation;

WHEREAS, on April 29, 2005, the Court granted the proposed order to extend Defendants' time to respond to the Complaint to five (5) days after the JPML rules on the pending Motion for Transfer and Consolidation;

WHEREAS, the initial case management conference is currently scheduled for July 14, 2005, and the case management statement is currently due July 8, 2005, and the parties currently have meet and confer obligations pursuant to Federal Rules of Civil Procedure Rule 26 and the Local Rules of the Northern District;

WHEREAS, for the same reasons described above, it would be more efficient and convenient for all case activity to be stayed pending the JPML's ruling on the pending Motion for Transfer and Consolidation of this Action.

///
///
///
///
///
///
///

1  WHEREFORE, the parties stipulate that the case should be stayed in its entirety pending
2  the JPML's ruling on the pending Motion for Transfer and Consolidation of this Action and the
3  currently scheduled Case Management Conference may be taken off calendar to be rescheduled by
4  the Court if appropriate after the ruling by the JPML.

5  IT IS SO STIPULATED:

6  DATED: June 8, 2005

HAGENS BERMAN SOBOL SHAPIRO LLP

By _____
ELAINE T. BYSZEWSKI
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
Telephone: (213) 330-7150

STEVE W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292

THOMAS M. SOBOL
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700

Attorneys for Plaintiffs

DATED: June 8, 2005

SIDLEY AUSTIN BROWN & WOOD LLP
THOMAS P. HANRAHAN
JUSTIN MA
KENNETH E. FRIEDMAN

By _____
THOMAS P. HANRAHAN
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendants Pfizer Inc., Pharmacia Corp. and G.D. Searle

* * * * * * *

STIPULATION AND [PROPOSED] ORDER TO STAY CASE       - 2 -

1682.17 0001 MTN-LA.DOC

# [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that this case is stayed in its entirety pending a ruling by the Judicial Panel on Multidistrict Litigation on the pending Motion for Transfer and Consolidation of this Action.

IT IS SO ORDERED.

Dated: June 09, 2005



THE HONORABLE CHARLES R. BREYER

STIPULATION AND [PROPOSED] ORDER TO STAY CASE        - 3 -

1682.17 0001 MTN-LA.DOC